UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMY DONOFRIO,

    Plaintiff,

v.  CASE NO. 3:21-cv-414-MMH-MCR

DUVAL COUNTY PUBLIC SCHOOLS
and SCOTT SCHNEIDER,

    Defendants.
_____/

## ORDER

On May 20, 2021, the undersigned was informed by Plaintiff's counsel that the parties would like to participate in a settlement conference with a United States Magistrate Judge. If all parties agree to participate in a settlement conference with the undersigned, they shall confer and present the Court with at least four mutually agreeable dates between June 21, 2021 and September 30, 2021 for a settlement conference.[1] Counsel for Plaintiff shall file a notice informing the Court of these dates **no later than June 1, 2021**. Upon receipt of the notice, the Court will issue further instructions regarding the settlement conference.

---

[1] The dates should not fall on a federal holiday and, to the extent possible, should not be in the same week. If the parties anticipate that the settlement conference may take more than a day, the proposed dates should not fall on a Friday.

**DONE AND ORDERED** at Jacksonville, Florida, on May 24, 2021.

*[signature]*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record