# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

AMY DONOFRIO,

    Plaintiff,

v.                                      Case No. 3:21-cv-414-MMH-MCR

DUVAL COUNTY PUBLIC
SCHOOLS and SCOTT
SCHNEIDER, individually,

    Defendants.

_____/

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | COUNSEL FOR PLAINTIFF: | CATHLEEN SCOTT<br>BACARDI L. JACKSON<br>Evian White De Leon |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | | |
| COURT REPORTER | Digital | COUNSEL FOR DEFENDANT: | STEPHEN D. BUSEY<br>JOHN R. THOMAS<br><br>HENRY M. COXE, III<br>VALEEN M. ARENA |
| DATE/TIME | June 30, 2021<br>10:01 AM – 5:53 PM<br>7 HOURS 52 MINUTES | | |

## CLERK'S MINUTES

**PROCEEDINGS:**     Settlement Conference

Opening statement by counsel for Plaintiff.

Opening statement by counsel for Defendants.

Parties separated to confer with Judge Richardson.

Impasse declared.