UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA

Case No.: 3:21-cv-00414-MMH-MCR

AMY DONOFRIO,

    Plaintiff

v.

DUVAL COUNTY PUBLIC SCHOOLS
and SCOTT SCHNEIDER, individually,

    Defendants.

_____/

## **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, AMY DONOFRIO, by and through her undersigned counsel hereby provides this response to the Court's Order to Show Cause dated July 15, 2021 (DE 38). Pursuant to the Case Management and Scheduling Order and Referral to Mediation (DE 29), the parties were to submit their disclosure statements by July 9, 2021. Plaintiff, through her counsel, did not submit her disclosure statements by that deadline. Therefore, this court *sua sponte* issued its Order to Show Cause, requesting Plaintiff file a written response by July 29, 2021. In support of her response, Plaintiff states as follows:

On June 30, 2021, the parties attended a settlement conference before Magistrate Judge Monte C. Richardson (DE 37). The conference ended in an impasse, but the opportunity opened the door for the parties to begin meaningful discussions. Since that time, the parties have continued to engage in settlement discussions. Since

any agreement will need to be approved by the School District, the parties have discussed a 30 day stay of the matter. Regrettably, the parties were unable to file a request for that stay prior to the July 9, 2021, deadline that precipitated this Order to Show Cause.

The parties anticipate filing a joint Motion to Stay once we have resolved this Order to Show Cause. The basis of the Motion to Stay will be to fully explore settlement options considering the fruitful discussions between the parties.

As counsel for Amy Donofrio, the Plaintiff, the undersigned regrets not requesting additional time or notifying the court sooner. The Plaintiff is mindful of her court obligations and sincerely respectfully requests the court not dismiss her case for failure to prosecute or impose sanctions. If the parties are unable to agree to a settlement, Plaintiff is prepared to meet all other deadlines set out in the Case Management and Scheduling Order (DE 29).

WHEREFORE, for good cause shown, Plaintiff respectfully request the Court not to dismiss her case or impose sanctions.

> s/Cathleen Scott
> Cathleen Scott, Esq.
> Florida Bar No. 135331

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by e-mail on July 20, 2021 on all counsel or parties of record on the Service List below.

SCOTT WAGNER & ASSOCIATES, P.A.
250 South Central Boulevard, Suite 104-A
Jupiter, FL 33458
Secondary Address:101 Northpoint Parkway
West Palm Beach, FL 33407
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
www.ScottWagnerLaw.com

s/*Cathleen Scott*
Cathleen Scott, Esq.
Florida Bar No. 135331
Primary e-mail:
CScott@scottwagnerlaw.com
Secondary e-mail:
mail@scottwagnerlaw.com

s/*Pamela Jorgensen*
Pamela Jorgensen, Esq.
Florida Bar No. 1008151
Primary e-mail:
PJorgensen@scottwagnerlaw.com
Secondary e-mail:
mail@scottwagnerlaw.com

SOUTHERN POVERTY LAW CENTER, INC.
P.O. Box 12463
Miami, FL 33101
Facsimile: (786) 237-2949
www.splcenter.org

s/*Bacardi Jackson*
Bacardi Jackson, Esq.
Florida Bar No. 47728
Telephone: (786) 570-8047
Primary e-mail:
Bacardi.Jackson@splcenter.org
Secondary e-mail:
Bethell.Forbes@splcenter.org

s/*Evian White De Leon*
Evian White De Leon, Esq.
Florida Bar No. 84790
Telephone: (786) 447-7755
Primary e-mail:
Evian.WhiteDeLeon@splcenter.org
Secondary e-mail:
Shirley.Kennedy@splcenter.org

# SERVICE LIST
## Case No.: 3:21-cv-00414-MMH-MCR

Stephen D. Busey
John R. Thomas
Florida Bar Number 117790
Florida Bar Number 77107
Smith Hulsey & Busey
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com
jthomas@smithhulsey.com
*Attorneys for Duval County School Board*

Valeen M. Arena
Florida Bar No.: 117594
vma@bedellfirm.com
Henry M. Coxe, III
Florida Bar No.: 0155193
hmc@bedellfirm.com
Michael E. Lockamy
Florida Bar No.: 69626
mel@bedellfirm.com
Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307
*Attorney for Defendant Scott Schneider*