UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMY DONOFRIO,

    Plaintiff,

v.    Case No. 3:21-cv-414-MMH-MCR

DUVAL COUNTY PUBLIC SCHOOLS
and SCOTT SCHNEIDER,
individually,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Motion to Stay (Dkt. No. 41; Motion) filed on July 21, 2021. In the Motion, Plaintiff requests a 30 day stay of this matter so the parties may focus on settlement discussions. See Motion at 1. Plaintiff represents to the Court that counsel for Defendants do not object to the relief requested in the Motion. See id. at 2. After due consideration, it is **ORDERED:**

1. The Motion to Stay (Dkt. No. 41) is **GRANTED**.

2. This case is **STAYED** for 30 days. No later than **August 23, 2021**, the parties shall file a notice advising the Court of the status of this matter.

3. Defendants are relieved of their obligation to respond to the Corrected Complaint at this time.

4. The Clerk of the Court is directed to administratively close this case pending further Order of the Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of July, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -