<div style="text-align:center">

# UNITED STATES DISTRICT COURT
# OF THE MIDDLE DISTRICT OF FLORIDA

### Case No.: 3:21-cv-00414-MMH-MCR

</div>

AMY DONOFRIO,

    Plaintiff

v.

DUVAL COUNTY PUBLIC SCHOOLS
and SCOTT SCHNEIDER, individually,

    Defendants.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants stipulate to the dismissal of this action, with prejudice, with each party to bear their own costs and fees.

<div style="text-align:center">

*[signature blocks on following page]*

</div>

*Dated this 16th day of August 2021.*

SCOTT WAGNER & ASSOCIATES, P.A.

250 South Central Boulevard, Suite 104-A
Jupiter, FL 33458
Secondary Address:101 Northpoint Parkway
West Palm Beach, FL 33407
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
www.ScottWagnerLaw.com

*/s/ Cathleen Scott*
Cathleen Scott, Esq.
Florida Bar No. 135331
Primary e-mail:
CScott@scottwagnerlaw.com
Secondary e-mail:
mail@scottwagnerlaw.com

*/s/ Pamela Jorgensen*
Pamela Jorgensen, Esq.
Florida Bar No. 1008151
Primary e-mail:
PJorgensen@scottwagnerlaw.com
Secondary e-mail:
mail@scottwagnerlaw.com

SOUTHERN POVERTY LAW CENTER, INC.
P.O. Box 12463
Miami, FL 33101
Facsimile: (786) 237-2949
www.splcenter.org

*/s/ Bacardi Jackson*
Bacardi Jackson, Esq.
Florida Bar No. 47728
Telephone: (786) 570-8047
Primary e-mail:
Bacardi.Jackson@splcenter.org
Secondary e-mail:
Bethell.Forbes@splcenter.org

*/s/ Evian White De Leon*
Evian White De Leon, Esq.
Florida Bar No. 84790
Telephone: (786) 447-7755
Primary e-mail:
Evian.WhiteDeLeon@splcenter.org
Secondary e-mail:
Shirley.Kennedy@splcenter.org

*Attorneys for Plaintiff Amy Donofrio*

<div style="display:flex">
<div>

SMITH HULSEY & BUSEY

By /s/ *Stephen D. Busey*
    Stephen D. Busey
    John R. Thomas

Florida Bar Number 117790
Florida Bar Number 77107
One Independent Dr., Suite 3300
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com
jthomas@smithhulsey.com

*Attorneys for Duval County School Board*

</div>
<div>

BEDELL DITTMAR, DEVAULT, PILLANS & COXE, P.A.

/s/ *Henry M. Coxe, III*
Henry M. Coxe, III
Florida Bar No.: 0155193
hmc@bedellfirm.com
Michael E. Lockamy
Florida Bar No.: 69626
mel@bedellfirm.com
Valeen M. Arena
Florida Bar No.: 117594
vma@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Attorneys for Defendant Scott Schneider*

</div>
</div>

1115911