UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMY DONOFRIO,

    Plaintiff,

v.                                Case No.   3:21-cv-414-MMH-MCR

DUVAL COUNTY PUBLIC
SCHOOLS and SCOTT
SCHNEIDER, individually,

    Defendants.
_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 46; Stipulation) filed on August 16, 2021.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear their own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of August, 2021.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record